UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-61498-Lenard-Turnoff**

MICHELLE RIVAS-REYES, individually,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,
a foreign corporation,

    Defendant.

_____/

FILED by _VT_ D.C.
ELECTRONIC

**Sept. 21, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## COMPLAINT FOR DAMAGES, DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF
### JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337, 1367 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendant does business in this District.

## **PARTIES**

3.     Plaintiff, MICHELLE RIVAS-REYES, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Defendant, ASSET ACCEPTANCE, LLC., (hereinafter, "Defendant") is believed to be a foreign corporation, engaged in the practice of debt collection, with its principal place of business at 28405 Van Dyke Avenue, Warren, MI 48093.

5.     Defendant regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other parties. They are a "debt collector" as that term is defined in the FDCPA.

7.     At all times material to the allegations of this complaint, Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

8.     With respect to the "Congressional findings and declaration of purpose" portion of the FDCPA, The United States Congress has declared at 15 U.S.C. § 1692:

> *(a) Abusive practices*
> There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

2

*(b) Inadequacy of laws*
Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect an alleged debt of $533.48 dollars from Plaintiff arising from a consumer debt.

10.     On July 28, 2009, Plaintiff notified Defendant in writing, via U.S. mail, that Plaintiff both disputed the alleged debt and unequivocally refused to pay the alleged debt.

11.     A true copy of said letter is attached hereto as Exhibit "A".

12.     On or about September 1, 2009, Defendant communicated in writing by sending a second letter to Plaintiff communicating the alleged debt.

13.     Defendant has engaged in communications with Plaintiff regarding the debt in spite of having been required to cease all communications with Plaintiff.

14.     A true copy of the second letter is attached hereto as Exhibit "B".

15.     Federal law requires that "[i]f a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such

3

debt…." 15 U.S.C. § 1692c(c); *Ramirez v. Apex Financial Management, LLC*, 567 F.Supp.2d 1035 (N.D. Ill. 2008).

16.     As Defendant was required to cease communication because of Plaintiff's refusal to pay, Defendant has also violated Florida law, which states that it is a violation to "willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor…" Fla. Stat. § 559.72(7).

## COUNT I
## FAILURE TO CEASE COMMUNICATIONS

17     Plaintiff incorporates Paragraphs 1 through 16.

18.     After receiving Plaintiff's written notice of refusal to pay, Defendant failed to cease communications to Plaintiff regarding the alleged debt in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of the instant suit; and

    c.     Such other or further relief as the Court deems proper.

## COUNT II
## DECLARATORY RELIEF AND PERMANENT INJUNCTION

19.     Plaintiff incorporates Paragraphs 1 through 17.

4

20.    Pursuant to 28 U.S.C §§ 2201 and 2202, Plaintiff seeks a declaration that Defendant's practices are in violation of the FCCPA.

21.    Plaintiff seeks a permanent injunction prohibiting Defendants from collecting the alleged debt from Plaintiff.

22.    The FCCPA provides for equitable relief, including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F.Supp.2d 1336, 1345, (S.D. Fla. 2008).

23.    Plaintiff seeks both injunctive relief and equitable relief in accordance with his rights under both state and federal law.

WHEREFORE, Plaintiff requests that the Court enter judgment:

a. declaring that Defendant has violated Florida Statutes § 559.72(7);

b. permanently enjoining Defendant and any other parties from communicating with Plaintiff regarding the alleged debt;

c. Attorney's fees, litigation expenses and costs of suit; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _____ day of September, 2009.

> SCOTT D. OWENS, ESQ.
> Attorney for Plaintiff
> Cohen & Owens, P.A.
> 3801 Hollywood Blvd., Suite 200
> Hollywood, FL 33021
> Telephone: 954-923-3801
> Facsimile: 954-967-2791
> scott@cohenowens.com
>
> By:_____
> Scott D. Owens, Esq.
> Florida Bar No. 0597651

6

**EXHIBIT A**

MY ACCOUNT # 3407__/0S

07/28/09

Jessey Acceptance LLC
PO BOX 1836
Warren, MI 48090-2036

To whom it may concern:

Just the other day I went to the park with my daughter and had a great time. She loves building sand castles so we found ourselves full of sand from head to toe by the time we took our snack break. You know, she truly is a gift from heaven. Every little thing that she does puts a smile on my face. From the way she watches her "perfect sandcastles" collapse back to just sand to the way she eats the edges of her granola bar first, she is just such a breath of fresh air. :)

Sometimes I wonder what it is that I have done to deserve such a gift - a miracle. She loves sunflowers. She knew how to say the word even before learning to walk straight funny! She loves to pick at the sunflower seeds, but especially loves to take photos with her beloved sunflowers. I have dozen among dozens of pictures of her and her sunflowers and she has added many of her own pictures to this collection of memories on Kodak paper. :)

Just the other day, while we were at the park, we took a few pictures of sunflowers. She enjoys scrapbooking so what I do is cut out the sunflowers she picks out and watch as she glues them onto construction paper. Today, I was helping her do this while going through my mail and found the letter from your company. I dispute and refuse to pay the balance in its entirety. I would rather spend the time helping her with her crafts and the time that I have invested otherwise is unnerving. Man, if you could see her face, now. She's such an angel! :) I am truly blessed to have someone as beautiful as her a part of my life. I love her dearly and I thank you for your time.

Love & Lollipops,

P.S. Take care and I
hope you make it a
great day!
♥☮:)

# EXHIBIT B

September 1, 2009

RE: EXPRESS / WORLD FINANCIAL NETWORK NATIONAL BANK

CLIENT ACCOUNT #: 000000000306370151
**Asset Acceptance LLC ACCT#: 38853488**
CURRENT BALANCE: $533.48
SETTLEMENT BALANCE: $346.76
EXPIRATION DATE: September 30, 2009

<div style="border:1px solid black;">

### 35% DISCOUNT
### SEE BELOW FOR
### DETAILS!

</div>

## TAKE ADVANTAGE OF US!

Dear Michelle Rivas:

Take advantage of our discount offer to you this month – a 35% discount on your current balance of $533.48. Settle this debt and stop the collection activities associated with it. Take action - settle this account by September 30, 2009 and reap the benefits of our offer!

| | |
|---|---|
| Current Balance: | $533.48 |
| Discount Offer: | $186.72 |
| Payment Due Date: | On or before September 30, 2009 |
| **PAY THIS AMOUNT:** | **$346.76** |

### OFFER EXPIRES SEPTEMBER 30, 2009

- Call Sherrie Bucks toll-free at 866-580-4811 ext. 0 today.
- Go online to www.paymybill.com using your debit card, credit card, or checking account. Your user ID is: 0271627. Your password is: 38853488.
- Mail a check or money order using the enclosed return envelope.

### BY ACCEPTING THIS OFFER YOU CAN TAKE ADVANTAGE OF THESE BENEFITS

- A zero balance on your EXPRESS / WORLD FINANCIAL NETWORK NATIONAL BANK account with us
- A paid account letter upon request
- Report appropriately to the credit bureaus.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time we reserve the right to modify the settlement offer, or revoke the offer entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

Please note that the Current Balance was calculated on August 13th and may vary due to payments and/or accrual of interest after that date.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,
Sherrie Bucks Phone: 866-580-4811 Ext. 0
Debt Collector

9730W

***Detach this Portion and Return with Payment***



**Asset Acceptance LLC Account # 38853488**
Current Balance: $533.48
Settlement Balance: $346.76


Michelle Rivas
401 SW 86th Ave., Apt. 202
Pembroke Pines, FL 33025-1487

℗JS 44   (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| MICHELLE RIVAS-REYES, individually | ASSET ACCEPTANCE, LLC |

**(b)** County of Residence of First Listed Plaintiff  **Broward County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Macomb County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Scott D. Owens, Esq./COHEN & OWENS, P.A.
3801 Hollywood Boulevard, Suite 200, Hollywood, FL 33021
Phone: 954-923-3801

Attorneys (If Known)

0:09CV 61498 - Lenard-Turnoff

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☑ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)  and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☑ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS  Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Re-filed-(see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

a) Re-filed Case ☐ YES ☑ NO      b) Related Cases ☐ YES ☑ NO

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):   JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

FDCPA Violation

LENGTH OF TRIAL via  1  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD _____

DATE  9/15/09

FOR OFFICE USE ONLY

AMOUNT 350.00   RECEIPT # 542568   IFP